PD-0375-15

No. 65134-B
No. 14-15-00163-CR

Pro Se
Percy Benjamin Smith          In THE District Court
V.                            412 th District Court
THE STATE OF TEXAS           Brazoria County, TX

## REQUEST FOR Preparation of Reporters Record And Designation of Matters to be Included

To the Clerk And Court Reporters of Said Court,

Now Comes Percy Benjamin Smith Defendant in the Above Styled And Numbered Cause, And pursuant to Rule 34.6(b) of the Texas Rules of Appellant Procedure, Requests the Court tell the Reporter or Reporters Record who made the Record, And in this Cause to Prepare A Reporters Record, And that the Testimony Included in the Reporters Record be in Question And Answer form.

The Combined Plea And Sentencing hearing was on MARCH 24, 2015 before the Honorable Kem Thompson Frost, Chief Justice of Our Fourteenth Court of Appeals, the Defendant designates that the following Matter also be Included in the Reporters Record, if they Exit.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

(1) Testimony of all witness, heard in and outside the jury presence, including questions and objections of counsel and the rulings and the remarks of the court thereon objections of counsel.

(2) Voir dire of jury venire, including objections of counsel and the rulings and remarks of the court thereon.

(3) Arguments and opening and closing statement of counsel, including objections of counsel and the rulings and remarks of the court thereon.

(4) All matters hear outside the presence of the jury including pre-trial, trial or post-trial hearings, change conference and any bench conferences, objections, rulings, and remarks of the court thereon.

(5) All bills of exception and testimony thereon including exhibits, objections of counsel, and the rulings and remarks of the court thereon.

(6) Testimony taken during sentencing proceeds arguments and objections of counsel, and the rulings and remarks of the court thereon.

(2)

(7) Testimony taken during MOTION for New Trial Proceeding, including Arguments and Objections of Counsel, and the Rulings and Remarks of the Court thereon.

(8) All Exhibits Admitted into Evidence.

(9) All Exhibits offered into Evidence but not Received into Evidence.


WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court grant this Request, and Order the Preparation of the Reporters Record in this case so that the Defendant can make the Preparation needed for doing a P.D.R. that the Petition for Discretionary Review been Granted by the Court of Criminal Appeals, and have such items forwarded to the Defendant.

Respectfully Submitted

_____
Defendant Pro Se

(3)

# Certificate of Service

I, hereby certify that on this the 13 day of April 2013, a true and correct copy of the above and foregoing Designation of matter to be included in the Clerks record on Appeal, Request for preparation of the Reporters Record and Designation on the matters to be included and also verified Pauper's Oath was transmitted to the Office of the Criminal District Attorney's Office.

Jeri Yenne, District Attorney
Brazoria County Courthouse
111 East Locust, Ste 408-A
Angleton, TX 77515

Fourteenth Court of Appeal
301 Fannin, Ste 245
Houston, TX 77002

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Defendant, Pro Se

(4)